454

Commonwealth ex rel. Moul, Appellant,
*v.* Maroney.

Submitted March 13, 1961. Before RHODES, P. J.,
ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY,
and FLOOD, JJ.

*Clark E. Moul,* appellant, in propria persona.

*Frank B. Boyle,* District Attorney, for appellee.

OPINION PER CURIAM, March 22, 1961:
The Order of the Court of Common Pleas of York
County is affirmed on the opinion of President Judge
GEORGE W. ATKINS for the court below, reported at
23 Pa. D. & C. 2d 511.